UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  26-60517-CIV-DAMIAN

CHAFIK SOFIA-LAFFITA,

Petitioner,

v.

CARLOS NUNEZ, *et al.*,

Respondents.

_____/

## ORDER DIRECTING PETITIONER TO FILE REPLY

THIS CAUSE came before the Court on Petitioner, Chafik Sofia-Laffita's ("Petitioner"), Petition for Writ of *Habeas Corpus* [ECF No. 1] and the Respondents' Response to the Order to Show Cause [ECF No. 8], filed on February 24, 2026, and March 4, 2026, respectively.

In the Response, Respondents argue that this Court does not have jurisdiction to adjudicate the Petition because Petitioner does not request immediate release nor a new bond hearing. *See generally* Resp. Additional clarity on the status of the immigration court proceedings and appeals is warranted before this Court can make a fully informed ruling on the Petition.

Therefore, it is hereby

**ORDERED** that the Petitioner shall file a reply to Respondents' Response **[ECF No. 8]** and address the issues raised in that Response, in particular by clarifying the nature of any ongoing appeal before the Board of Immigration Appeals and, specifically, whether Petitioner

is currently appealing the Immigration Judge's final order of removal or the past order revoking Petitioner's previously granted bond. The Reply shall be filed by **March 27, 2026**.

> **DONE AND ORDERED** in Chambers in the Southern District of Florida, this 23rd day of March, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of Record

2